Exhibit 2

| US9454777 | Hubzu ("The accused instrumentality") |
|---|---|
| 1. A method to use feedback in a system implemented by a computing device, comprising: | The accused instrumentality practices a method to use feedback (e.g., feedback campaign) in a system implemented by a computing device (e.g., a server of the accused instrumentality).<br><br><br><br>https://www.hubzu.com/<br><br>As shown below, Hubzu uses Mouseflow to detect rage click sessions and trigger feedback campaign. |

Exhibit 2



| Technology Profile | Detailed Technology Profile | Meta Data Profile | Relationship Profile | Redire |
|---|---|---|---|---|

### Analytics and Tracking

View Global Trends

 **Optimizely**

Optimizely Usage Statistics · Download List of All Websites using Optimizely

Optimizely empowers companies to deliver more relevant and effective digital experiences on websites and mobile through A/B testing and personalization.

A/B Testing · Conversion Optimization · Personalization · Site Optimization

 **Mouseflow**

Mouseflow Usage Statistics · Download List of All Websites using Mouseflow

Mouseflow records videos of your site visitors and generates heatmaps highlighting areas users are clicking, scrolling and ignoring.

Audience Measurement

https://builtwith.com/hubzu.com

Exhibit 2



',\"content\":\"You have been blocked from placing bids due to your past activity. Please contact custom‹
pt follow the order lifecycle (e.g., an order cannot transition from created to fulfilled without first ‹
is required once for every applicable property in order to place a bid on said property. The bid deposi‹
te Properties\"},\"link3\":{\"display\":\"Illinois Real Estate\",\"link\":\"#\",\"title\":\"Illinois Rea‹
}},\"default\":{\"links\":{\"link\":{\"display\":\"Florida Real Estate\",\"link\":\"#\",\"title\":\"Flo‹
/>Please try again later.<\/div>\",\"GENERIC_ERROR\":\"Internal server error.\",\"INVALID_BID_AMOUNT\":\‹
'PROD\":{\"webExperiments\":{\"INVESTMENT_CALCULATOR\":{\"activeVariationId\":\"1\",\"experimentKey\":\"‹
hange your role since you have active bids/offers.\",\"broker\":\"Brokerage Name\",\"buyerLabel\":\"Buye‹
'Invalid zip code\",\"LASTNAME_EXCEED_MAX_LENGTH\":\"Maximum 40 characters allowed in Lastname\",\"MAIL_‹
lert\",\"whiteListAll\":\"true\"}}},\"PROD\":{\"config‹                DatafileURL\":\"https://cdn.optimi‹
',\"loadType\":\"onDemand\",\"moduleScriptSrc\":\"//cdn‹mouseflow.com‹projects/abc80ca6-1dc3-479c-a371-e‹
\"Failed\",\"linked\":\"Linked\",\"pending\":\"Pending‹          \"Review\",\"transferFunds\":\"Tran‹
\,\\\\-\\\\.]*$\",\"emailField\":\"^([\\\\w-+]+(?:\\\\.[\\\\w-+]+)*)@((?:[\\\\w-]+\\\\.)*\\\\w[\\\\w-]{‹
d is selected by the seller ###SHORT_URL###\",\"optInSmsConfirmationMessage\":\"Congratulations! You're ‹

*Source: Fiddler packet capture*

Exhibit 2



https://mouseflow.com

Exhibit 2

# Create a Feedback Campaign

 Written by Chris Borsheim
Updated over a week ago

Feedback Campaigns are a great way of collecting real feedback directly your users while they're using your website. You can trigger the campaign to ask the user for feedback based on a number of conditions. But default, we will display the feedback campaign to all users, for their first visit.

**Note:** Feedback campaigns require an active recording session for the user for it to fire. If you are out of credits, the feedback campaign will not fire.

https://help.mouseflow.com/en/articles/4291376-create-a-feedback-campaign

Exhibit 2

The main elements here is the trigger itself where you can choose either:

- **Page load** which will trigger the campaign as soon as the page is loaded
- **Delay** where you can  1-30 second delay after page load
- **Scroll** where you can choose to trigger the campaign when the customer has scrolled between 10- and 100% down the page
- **Inactivity** which lets you trigger the campaign whenever a user is inactive for a period of time between 10 seconds and 2 minutes
- **Friction Indicators** such as 'Mouse Leaves Page', 'Click Rage' or 'Click errors'. This setting allows you to address friction events directly by for example triggering the feedback campaign if a javaScript 'click error' happens on the page



https://help.mouseflow.com/en/articles/4291376-create-a-feedback-campaign

Exhibit 2



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

| | |
|---|---|
| | A user feedback tool is a method for communicating with users, passively or actively, to collect opinions, experiences, and perspectives on your company, website, products, and more.<br><br>Customer feedback can be many things in many places, on your site or out of your control.<br><br>A user feedback tool lets you get in front of users and offer an outlet for their thoughts — instead of letting them wander to third-party review sites, social media, support centers, or other more public and direct places.<br><br>By popping up for users (based on your custom triggers) at key moments in their website experience — say, when they scroll far enough or read long enough — a user feedback tool encourages engagement and communication between your customers and you.<br><br>You can ask about general satisfaction or query a specific situation. This can give you real, invaluable insight to create content, improve your website design, adjust your sales process, and more.<br><br>https://mouseflow.com/features/user-feedback-tool/ |
| receiving, by the computing device, a frustration event | The accused instrumentality practices receiving, by the computing device (e.g., a server of the accused instrumentality), a frustration event package (e.g., a feedback message from a user of a smartphone/PC enabled with the accused instrumentality) comprising a user frustration event indicator (e.g., an indicator which designates that the |

Exhibit 2

| | |
|---|---|
| package comprising a user frustration event indicator and an associated event indicator that indicates a level and a type of user frustration associated with a user frustration event, wherein the user frustration event is associated with a device event that includes an active operation of a device at a time when the user frustration event occurred; | received message is a feedback message) and an associated event indicator that indicates a level (e.g., an indicator to show information regarding the issue such as session recordings, text, numbers, smileys, etc.) and a type of user frustration associated with a user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking), wherein the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) is associated with a device event (e.g., answering the feedback question that appears on a pop-up message) that includes an active operation of a device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred.<br><br>The accused instrumentality utilizes Mouseflow for detecting user behavior. As shown below, when an issue, which incites user frustration (e.g., when user clicks repeatedly on a particular element or certain area of app or website i.e., rage click) occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature to automatically trigger a feedback campaign when rage clicks are detected. The rage clicking action gets detected by the accused instrumentality through the user device. The accused instrumentality receives a feedback message package which includes information regarding the issue such as session recordings, text, numbers, smileys, other additional information, etc. As feedback campaign requires active recording session for it to fire, the accused instrumentality will capture the session recording for rage click events along with the feedback message. The user device sends the feedback message to the server of the accused instrumentality. Upon information and belief, the server of the accused instrumentality receives the frustration event package comprising a user frustration event indicator and an associated event indicator that indicates a level and a type of user frustration associated with a user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking), wherein the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) is associated with a device event (e.g., answering the feedback question that appears on a pop-up message) that includes an active operation of a device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred. |

Exhibit 2



https://mouseflow.com

Exhibit 2

## 2. Click 5 times on the same element in less than 1 second (Click Rage)

Click Rage Usually indicates usability or performance issues on your site where functionality does not match the user's expectations. Most often, the user is attempting to click an element that isn't clickable, or the page is taking too long to load. Both of these scenarios will cause the user to become frustrated and will drastically lower the likelihood of them completing a purchase or signing up for your service.

https://mouseflow.com/blog/rescue-lost-conversions-with-mouseflow/

Exhibit 2

# Understanding Friction on your website

Learn how Mouseflow automatically identifies Friction events from your website visitors to easily understand frustration points for them

 Written by Chris Borsheim
Updated over a week ago

Website visitors have common frustration points on websites that cause them to leave, not complete tasks, or fail to convert. Mouseflow watches for these events and automatically tags the session recordings with this information to help isolate your pages or recordings where users experienced frustration using your website.

This is called Friction and is displayed in Recordings as seen below:



Exhibit 2

Mouseflow has seven unique friction events that a user can experience. Each event has a unique value associated with it which we use to provide an overall score to the page or session recording that will help you understand its intensity and impact.

You can click on the number of page views in the recording to see the type of friction event per page:



The seven unique friction events are:

**Click-Rage**

Each time a user excessively clicks in a short period, we automatically tag the session the 'click-rage' tag.

Click-Rage is a serious Friction event and counts as 3 'friction points'. This event alone will mark the recording as a visit with friction.

Exhibit 2

https://help.mouseflow.com/en/articles/4270565-understanding-friction-on-your-website



- **Page load**: Show the campaign as soon as your page finishes loading.
- **Delay (10s)**: Show the campaign ten seconds after your page finishes loading.
- **50% Scroll**: Show the campaign once the user has scrolled halfway down the page.
- **Inactivity**: Show the campaign when the user has remained inactive for thirty seconds.
- **Mouse leaves page**: Show the campaign when the user moves their mouse away from the page.
- **Click rage**: Show the campaign when click rage is detected (rapid series of clicks indicating user frustration).

Exhibit 2

https://help.mouseflow.com/en/articles/4291464-choose-when-and-how-to-fire-your-feedback-campaign



https://mouseflow.com/comparison/lucky-orange-vs-mouseflow-l-which-tool-is-best-2022/

Exhibit 2

Common trigger events for feedback pop-ups available in Mouseflow's Feedback tool include:

- Exit intent (mouse leaves)

- Page load

- Time delay

- Scroll depth

- Inactivity

- Click rage

- Click error

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

A user feedback tool is a method for communicating with users, passively or actively, to collect opinions, experiences, and perspectives on your company, website, products, and more.

Customer feedback can be many things in many places, on your site or out of your control.

A user feedback tool lets you get in front of users and offer an outlet for their thoughts — instead of letting them wander to third-party review sites, social media, support centers, or other more public and direct places.

By popping up for users (based on your custom triggers) at key moments in their website experience — say, when they scroll far enough or read long enough — a user feedback tool encourages engagement and communication between your customers and you.

You can ask about general satisfaction or query a specific situation. This can give you real, invaluable insight to create content, improve your website design, adjust your sales process, and more.

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

# Feedback options that fit all needs

Choose from free text, NPS, and multiple choice.

Gather feedback on your terms to help your teams drive decisions with confidence.

Low-effort, high impact response options empower user engagement. Longform selections capture in-depth feedback (that you'd prefer to get directly than find in a review!).



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

User feedback can happen in a variety of environments, from in-app chats to third-party reviews to in-person communication. Feedback can be reactive or proactive; it can come from product, marketing, UX, CRO, analyst, leadership, ecommerce, brand, and SEO teams with distinct purpose and benefits.

Mouseflow's Feedback tool serves these applications with 5 handy question options:

- Multiple Choice (select one)

- Multiple Answer (select all that apply)

- Free Text (small)

- Free Text (large)

- Net Promoter Score (numbers or smileys)

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

# Create a Feedback Campaign

 Written by Chris Borsheim
Updated over a week ago

Feedback Campaigns are a great way of collecting real feedback directly your users while they're using your website. You can trigger the campaign to ask the user for feedback based on a number of conditions. But default, we will display the feedback campaign to all users, for their first visit.

**Note:** Feedback campaigns require an active recording session for the user for it to fire. If you are out of credits, the feedback campaign will not fire.

https://help.mouseflow.com/en/articles/4291376-create-a-feedback-campaign

So, a session recording is when software is used to track that user's activity during that session. Clicks, scrolls, hovers, and other mouse data is tracked. So are keyboard inputs (except for anonymized forms) and navigation, documenting users as they fill out forms or search bars and navigate to different pages.

https://mouseflow.com/features/session-recording-tool/

Exhibit 2



https://mouseflow.com

Exhibit 2



# See beyond the sea of data

Engagement metrics tells you what — a session recording tool tells you why.

As soon as you click 'record,' Mouseflow's session recording tool begins tracking your users (anonymously). We record 100% of users by default, unlike others who sample data.

Dive into red-flag metrics by watching actual user journeys. Solve what you know is broken, not what you guess.

https://mouseflow.com/features/session-recording-tool/

Exhibit 2



# A session recording tool that tells you where to look

Auto-scored recordings spotlight grumpy users.

If your session recording tool leaves you with thousands of videos, where does that leave you?

Mouseflow's Friction Score highlights frustrated users so you can spend time optimizing what matters.

https://mouseflow.com/features/session-recording-tool/

Capturing customer input via a user feedback tool can lead to significant revenue and CX improvements. Here's just a few examples:

- Identify conversion-assisting content opportunities

- Collect specific responses when a bug occurs

- Rate satisfaction to identify problem pages

- Learn what features users want most

Exhibit 2

| | https://mouseflow.com/features/user-feedback-tool/ |
|---|---|
| determining, by the computing device, feedback based at least in part on the user frustration event indicator and the associated event indicator; and | The accused instrumentality practices a method of determining, by the computing device (e.g., a server of the accused instrumentality), feedback based at least in part on the user frustration event indicator (e.g., an indicator which designates that the received message is a feedback message) and the associated event indicator (e.g., an indicator to show information regarding the issue such as session recordings, text, numbers, smileys, etc.).<br><br>The accused instrumentality utilizes Mouseflow for detecting user behavior. As shown below, when an issue, which incites user frustration (e.g., when user clicks repeatedly on a particular element or certain area of app or website i.e., rage click) occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature to automatically trigger a feedback campaign when rage clicks are detected. The rage clicking action gets detected by the accused instrumentality through the user device. The accused instrumentality receives a feedback message package which includes information regarding the issue such as session recordings, text, numbers, smileys, other additional information, etc. As feedback campaign requires active recording session for it to fire, the accused instrumentality will capture the session recording for rage click events along with the feedback message. The user device sends the feedback message to the server of the accused instrumentality. |

Exhibit 2



https://mouseflow.com

Exhibit 2

Common trigger events for feedback pop-ups available in Mouseflow's Feedback tool include:

- Exit intent (mouse leaves)

- Page load

- Time delay

- Scroll depth

- Inactivity

- Click rage

- Click error

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

A user feedback tool is a method for communicating with users, passively or actively, to collect opinions, experiences, and perspectives on your company, website, products, and more.

Customer feedback can be many things in many places, on your site or out of your control.

A user feedback tool lets you get in front of users and offer an outlet for their thoughts — instead of letting them wander to third-party review sites, social media, support centers, or other more public and direct places.

By popping up for users (based on your custom triggers) at key moments in their website experience — say, when they scroll far enough or read long enough — a user feedback tool encourages engagement and communication between your customers and you.

You can ask about general satisfaction or query a specific situation. This can give you real, invaluable insight to create content, improve your website design, adjust your sales process, and more.

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

# Feedback options that fit all needs

Choose from free text, NPS, and multiple choice.

Gather feedback on your terms to help your teams drive decisions with confidence.

Low-effort, high impact response options empower user engagement. Longform selections capture in-depth feedback (that you'd prefer to get directly than find in a review!).



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

User feedback can happen in a variety of environments, from in-app chats to third-party reviews to in-person communication. Feedback can be reactive or proactive; it can come from product, marketing, UX, CRO, analyst, leadership, ecommerce, brand, and SEO teams with distinct purpose and benefits.

Mouseflow's Feedback tool serves these applications with 5 handy question options:

- Multiple Choice (select one)

- Multiple Answer (select all that apply)

- Free Text (small)

- Free Text (large)

- Net Promoter Score (numbers or smileys)

https://mouseflow.com/features/user-feedback-tool/

Exhibit 2

# Understanding Friction on your website

Learn how Mouseflow automatically identifies Friction events from your website visitors to easily understand frustration points for them

 Written by Chris Borsheim
Updated over a week ago

Website visitors have common frustration points on websites that cause them to leave, not complete tasks, or fail to convert. Mouseflow watches for these events and automatically tags the session recordings with this information to help isolate your pages or recordings where users experienced frustration using your website.

This is called Friction and is displayed in Recordings as seen below:



Exhibit 2

Mouseflow has seven unique friction events that a user can experience. Each event has a unique value associated with it which we use to provide an overall score to the page or session recording that will help you understand its intensity and impact.

You can click on the number of page views in the recording to see the type of friction event per page:



The seven unique friction events are:

**Click-Rage**

Each time a user excessively clicks in a short period, we automatically tag the session the 'click-rage' tag.

Click-Rage is a serious Friction event and counts as 3 'friction points'. This event alone will mark the recording as a visit with friction.

Exhibit 2

https://help.mouseflow.com/en/articles/4270565-understanding-friction-on-your-website

# Create a Feedback Campaign

 Written by Chris Borsheim
Updated over a week ago

Feedback Campaigns are a great way of collecting real feedback directly your users while they're using your website. You can trigger the campaign to ask the user for feedback based on a number of conditions. But default, we will display the feedback campaign to all users, for their first visit.

**Note:** Feedback campaigns require an active recording session for the user for it to fire. If you are out of credits, the feedback campaign will not fire.

https://help.mouseflow.com/en/articles/4291376-create-a-feedback-campaign

So, a session recording is when software is used to track that user's activity during that session. Clicks, scrolls, hovers, and other mouse data is tracked. So are keyboard inputs (except for anonymized forms) and navigation, documenting users as they fill out forms or search bars and navigate to different pages.

https://mouseflow.com/features/session-recording-tool/

Exhibit 2



https://mouseflow.com

Exhibit 2



# See beyond the sea of data

Engagement metrics tells you what — a session recording tool tells you why.

As soon as you click 'record,' Mouseflow's session recording tool begins tracking your users (anonymously). We record 100% of users by default, unlike others who sample data.

Dive into red-flag metrics by watching actual user journeys. Solve what you know is broken, not what you guess.

https://mouseflow.com/features/session-recording-tool/

Exhibit 2



# A session recording tool that

## tells you where to look

Auto-scored recordings spotlight grumpy users.

If your session recording tool leaves you with thousands of
videos, where does that leave you?

Mouseflow's Friction Score highlights frustrated users so you
can spend time optimizing what matters.

https://mouseflow.com/features/session-recording-tool/

Capturing customer input via a user feedback tool can lead to
significant revenue and CX improvements. Here's just a few
examples:

- Identify conversion-assisting content opportunities

- Collect specific responses when a bug occurs

- Rate satisfaction to identify problem pages

- Learn what features users want most

Exhibit 2

| | https://mouseflow.com/features/user-feedback-tool/ |
|---|---|
| implementing, by the computing device, a network action based on the determined feedback. | The accused instrumentality practices a method of implementing, by the computing device (e.g., a server of the accused instrumentality), a network action (e.g., notify the respective team of the accused instrumentality regarding the feedback message) based on the determined feedback.<br><br>The accused instrumentality utilizes Mouseflow for detecting user behavior. As shown below, when an issue, which incites user frustration (e.g., when user clicks repeatedly on a particular element or certain area of app or website i.e., rage click) occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature to automatically trigger a feedback campaign when rage clicks are detected. The rage clicking action gets detected by the accused instrumentality through the user device. The accused instrumentality receives a feedback message package which includes information regarding the issue such as session recordings, text, numbers, smileys, other additional information, etc. As feedback campaign requires active recording session for it to fire, the accused instrumentality will capture the session recording for rage click events along with the feedback message. The user device sends the feedback message to the server of the accused instrumentality. |

Exhibit 2



https://mouseflow.com

Exhibit 2

# Mouseflow to the rescue!

Our newest feature improvement will let you do exactly that! We have added two (2) new triggers to the feedback campaigns so you can now set the modal to appear whenever a user:



https://mouseflow.com/blog/rescue-lost-conversions-with-mouseflow/

Exhibit 2



https://mouseflow.com/features/user-feedback-tool/

Exhibit 2



The next box contains your options for setting up notifications when customers answer the feedback campaign.

You can choose to be notified either whenever there are any responses OR when a visitor responds to a specific question - and you can choose to receive your notifications either by email, slack or custom webhook.

https://help.mouseflow.com/en/articles/4291376-create-a-feedback-campaign